UNSEALED

✱ 7-29-13
✱✱ 7-30-13
✱✱✱ 8-14-13
▲ 8-20-13

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2013

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| ▲ ALAN ALPIZAR-CORDOBA<br>  also known as Fiscal<br>  HECTOR GABRIEL BARRIOS-<br>                    HERNANDEZ<br>  also known as Tetin<br>  JOSE LORENZO DAVILA<br>  ROEL GARZA<br>  ORLANDO HERNANDEZ<br>  also known as El Gordo<br>✱✱✱FELIPE GUERRA<br>✱✱ GERARDO OLIVAREZ<br>  also known as Lin<br>✱ ARTURO ARMENDARIZ<br>  also known as Chavelo<br>▲ FRANCISCO LICEA-GUERRERO | § § § § § § § § § § § § § § § §  Criminal No. M-13-1082 |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about May 19, 2011 to on or about May 28, 2011 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

ALAN ALPIZAR-CORDOBA
also known as Fiscal
HECTOR GABRIEL BARRIOS-HERNANDEZ
also known as Tetin
JOSE LORENZO DAVILA
ROEL GARZA
and
ORLANDO HERNANDEZ
also known as El Gordo

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to unlawfully kidnap, abduct, seize, confine, inveigle, decoy and carry away various persons and willfully transport said persons in interstate and foreign commerce, that is, from Hidalgo County, Texas to the United Mexican States and hold said persons for ransom, reward or otherwise.

In furtherance of the conspiracy and to effect the object of the conspiracy the following overt acts, among others, were committed:

1. On or about May 19, 2011, in the Southern District of Texas, ALAN ALPIZAR-CORDOBA traveled from the United Mexican States to the United States of America for the purpose of kidnapping several individuals;

2. On or about May 26, 2011, in the Southern District of Texas, HECTOR GABRIEL BARRIOS-HERNANDEZ traveled from the United Mexican States to the United States of America for the purpose of investigating the theft of approximately 150 kilograms of cocaine from the Gulf Cartel;

3. On or about May 28, 2011, in the Southern District of Texas, JOSE LORENZO DAVILA traveled from Starr County, Texas to Hidalgo County, Texas for the purpose of kidnapping an individual;

4. On or about May 28, 2011, in the Southern District of Texas, ROEL GARZA conducted surveillance for law enforcement officers while co-conspirators committed the kidnapping.

5. On or about May 28, 2011, in the Southern District of Texas, ORLANDO HERNANDEZ conducted surveillance for law enforcement officers while co-conspirators

committed the kidnapping.

In violation of Title 18, United States Code, Sections 1201(c) and 1201(a)(1).

## Count Two

From on or about April 1, 2011 to on or about May 28, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**FELIPE GUERRA**
**GERARDO OLIVAREZ**
**also known as Lin**
**ARTURO ARMENDARIZ**
**also known as Chavelo**
**and**
**FRANCISCO LICEA-GUERRERO**

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## Count Three

On or about May 28, 2011 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ALAN ALPIZAR-CORDOBA**
**also known as Fiscal**
**HECTOR GABRIEL BARRIOS-HERNANDEZ**
**also known as Tetin**
**JOSE LORENZO DAVILA**
**ROEL GARZA**
**and**
**ORLANDO HERNANDEZ**
**also known as El Gordo**

did unlawfully kidnap, abduct, seize, confine, inveigle, decoy and carry away Ovidio Guerrero and willfully transported said Ovidio Guerrero in interstate and foreign commerce, that is, from Hidalgo County, Texas to the United Mexican States and held him for ransom, reward or otherwise.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

                    A TRUE BILL

                    FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY