78

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

AUG  6 2014

David J. Bradley, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ALAN ALPIZAR-CORDOBA** | § | |
| also known as Fiscal | § | |
| **HECTOR GABRIEL BARRIOS-** | § | |
| **HERNANDEZ** | § | **Criminal No. M-13-1082-S1** |
| also known as Tetin | § | |
| **JOSE LORENZO DAVILA** | § | |
| **ROEL GARZA** | § | |
| **ORLANDO HERNANDEZ** | § | |
| also known as El Gordo | § | |
| **FELIPE GUERRA** | § | |
| **GERARDO OLIVAREZ** | § | |
| also known as Lin | § | |
| **ARTURO ARMENDARIZ** | § | |
| also known as Chavelo | § | |
| **FRANCISCO LICEA-GUERRERO** | § | |
| **JOSE GUADALUPE GARZA-OCHOA** | § | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about May 19, 2011 to on or about May 28, 2011 in the Southern District of

Texas and within the jurisdiction of the Court, defendants,

**ALAN ALPIZAR-CORDOBA**
**also known as Fiscal**
**HECTOR GABRIEL BARRIOS-HERNANDEZ**
**also known as Tetin**
**JOSE LORENZO DAVILA**
**ROEL GARZA**
**ORLANDO HERNANDEZ**
**also known as El Gordo**
**and**
**JOSE GUADALUPE GARZA-OCHOA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to unlawfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for ransom, reward and otherwise a person(s) and, in committing or in furtherance of the commission of the offense, to willfully transport said person(s) in interstate and foreign commerce, that is, from Hidalgo County, Texas, to the United Mexican States.

In furtherance of the conspiracy and to effect the object of the conspiracy the following overt acts, among others, were committed:

1.      On or about May 19, 2011, in the Southern District of Texas, ALAN ALPIZAR-CORDOBA directed the investigation of the theft of a large load of cocaine from the Gulf Cartel and the kidnapping of the person(s) involved in said theft;

2.      On or about May 26, 2011, in the Southern District of Texas, HECTOR GABRIEL BARRIOS-HERNANDEZ directed the investigation of the theft a large load of cocaine from the Gulf Cartel and the kidnapping of the person(s) involved in said theft;

3.      On or about May 28, 2011, in the Southern District of Texas, JOSE LORENZO DAVILA traveled from Starr County, Texas, to Hidalgo County, Texas, where he participated in the kidnapping of OVIDIO GUERRERO;

4.      On or about May 28, 2011, in the Southern District of Texas, ROEL GARZA conducted surveillance for law enforcement officers while co-conspirators kidnapped OVIDIO GUERRERO.

5.      On or about May 28, 2011, in the Southern District of Texas, ORLANDO HERNANDEZ conducted surveillance for law enforcement officers while co-conspirators kidnapped OVIDIO GUERRERO.

6.      On or about May 28, 2011, in the Southern District of Texas, JOSE

GUADLAUPE GARZA-OCHOA transported OVIDIO GUERRERO in a vehicle to the banks of

the Rio Grande River where OVIDIO GUERRERO was crossed into United Mexican States.

In violation of Title 18, United States Code, Sections 1201(c) and 1201(a)(1).

### Count Two

From on or about April 1, 2011 to on or about May 28, 2011, in the Southern District of

Texas and within the jurisdiction of the Court, defendants,

**FELIPE GUERRA**
**GERARDO OLIVAREZ**
**also known as Lin**
**ARTURO ARMENDARIZ**
**also known as Chavelo**
**and**
**FRANCISCO LICEA-GUERRERO**

did knowingly and intentionally conspire and agree together and with other person or persons

known and unknown to the Grand Jurors, to possess with intent to distribute a controlled

substance. The controlled substance involved was 500 grams or more of a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

### Count Three

On or about May 28, 2011, in the Southern District of Texas and within the jurisdiction

of the Court, defendants,

**ALAN ALPIZAR-CORDOBA**
**also known as Fiscal**
**HECTOR GABRIEL BARRIOS-HERNANDEZ**
**also known as Tetin**
**JOSE LORENZO DAVILA**
**ROEL GARZA**
**ORLANDO HERNANDEZ**
**also known as El Gordo**
**and**
**JOSE GUADALUPE GARZA-OCHOA**

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for ransom, reward and otherwise OVIDIO GUERRERO and, in committing or in furtherance of the commission of the offense, did willfully transport OVIDIO GUERRERO in interstate and foreign commerce, that is, from Hidalgo County, Texas, to the United Mexican States.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

A TRUE BILL

_____

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY